PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.                                   Crim. No.  4:22CR03094

Steven Ray Ochs

On June 29, 2022 the above named was placed on supervised release for a period of 36 Months. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharge from supervision.

Respectfully submitted,

*Theresa Rerucha*
*U.S. Probation and Pretrial Services Officer*

ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 16th day of January, 20 24.

John M. Gerrard
Senior U.S. District Judge